IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60106
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IRBY LEWIS CHANDLER,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:00-CR-85-ALL-P
--------------------
January 10, 2002

Before DAVIS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Irby Lewis Chandler has requested leave to withdraw as counsel and has filed a brief as required by *Anders v. California,* 386 U.S. 738 (1967). Chandler has not filed a response. Our independent review of the brief and record discloses no nonfrivolous issue related to the sufficiency of the evidence or sentencing. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.